## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03278-CNS-STV

DALVIN GADSON OCHOA,

      Plaintiff,

v.

OFFICER COLBY J. HICKMAN in his individual capacity;
OFFICER MATTHEW ANDERSON in his individual capacity; and
OFFICER CHRISTOPHER K. HUMMEL in his individual capacity,

      Defendants.

---

### DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AND CONTINUE SCHEDULING CONFERENCE

---

Defendants, by and through their respective undersigned counsel, and pursuant to D.C.COLO.LCivR 6.1, hereby submit their Joint Unopposed Motion To Extend Responsive Pleading Deadline and Continue Scheduling Conference, and state as follows:

### I.      CERTIFICATE OF COMPLIANCE

1.      In compliance with D.C.COLO.LCiv.R 7.1(a), undersigned counsel have conferred with Plaintiff's attorneys regarding the relief requested herein. Plaintiff is unopposed.

### II.      REQUESTED RELIEF

2.      Defendants' current responsive pleading deadline is set for March 10, 2023, with a Scheduling Conference set for March 28, 2023.

3.      All Defendants in this matter are now represented separately, and undersigned counsel have only recently entered their respective appearances. Defense counsel are conferring

with their clients and working collaboratively to develop their responsive pleading strategy in an effort to streamline this litigation. They require additional time to do so.

4.      Moreover, Plaintiff intends to file an Amended Complaint in the near term. By extending the current responsive pleading deadline, the Court will eliminate the need for Defendants to respond to a complaint that will no longer be operative. An extended responsive pleading deadline will therefore further the interests of cost savings and judicial efficiency.

5.      Because Plaintiff's operative complaint will soon be superseded, no party will be prejudiced by this request. Defendants therefore request their responsive pleading deadline be extended by 21 days, to March 31, 2023.

6.      Moreover, a Scheduling Conference is set for March 28, 2023. [*See* ECF No. 6]. Should the Court grant this motion, Defendants similarly request these proceedings be vacated and reset to a date following the extended responsive pleading deadline.

7.      Prior to obtaining separate counsel, Defendants requested (and received) one prior extension of their responsive pleading deadline. [*See* ECF No. 7]. Undersigned counsel further confirm that a copy of this motion has been contemporaneously served on their clients.

8.      Pursuant to the foregoing representations, this motion complies with the requirements of D.C.COLO.LCiv.R 6.1(b) and (c).

**WHEREFORE**, Defendants respectfully request that the Court extend their responsive pleading deadline to March 31, 2023, and that the Scheduling Conference be reset to a date thereafter.

Respectfully submitted,


/s/ Gordon L. Vaughan
**Gordon L. Vaughan**
**Sara L. Cook**
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500
gvaughan@vaughandemuro.com
scook@vaughandemuro.com
*Counsel for Defendant Anderson*


s/ Eric M. Ziporin
**Eric M. Ziporin**
**Jonathan N. Eddy**
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80210
(303) 320-0509
eziporin@sgrllc.com
jeddy@sgrllc.com
*Counsel for Defendant Hickman*


/s/ Jonathan M. Abramson
**Jonathan M. Abramson**
**Yulia Nikolaevskaya**
KISSINGER & FELLMAN, P.C.
3773 Cherry Creek North Drive
Ptarmigan Place, Suite  900
Denver, Colorado 80209
(303) 320-6100
jonathan@kandf.com
julie@kandf.com
*Counsel for Defendant Hummel*

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on this 8th day of March, 2023, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AND TO CONTINUE SCHEDULING CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Harry M. Daniels
Latrice L. Latin
daniels@harrymdaniels.com
llatin@atlpiattorney.com
*Attorneys for Plaintiff*

Bakari Sellers
bsellers@stromlaw.com
*Attorney for Plaintiff*

Kevin Mehr
kevin.mehr@mehrlawcolorado.com
*Attorney for Plaintiff*

Pursuant to Civ. Practice Standard 6.1A(c), a copy has also been sent to the following:

OFFICER COLBY J. HICKMAN
OFFICER MATTHEW ANDERSON
OFFICER CHRISTOPHER K. HUMMEL

                                                  s/ Barbara A. Ortell
                                                  Barbara A. Ortell
                                                  Legal Secretary

02167762.DOCX