**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No:  22-cv-03278-CNS-STV

DALVIN GADSON OCHOA,

    Plaintiff,

v.

OFFICER COLBY J. HICKMAN in his individual capacity;
OFFICER MATTHEW ANDERSON in his individual capacity; and
OFFICER CHRISTOPHER K. HUMMEL in his individual capacity

    Defendants.

---

**MOTION TO WITHDRAW**

---

W. Erik Lamphere, pursuant to D.C.COLO.LAttyR 5(b), hereby moves to withdraw as counsel of record for Officer Matthew Anderson in the above-referenced matter. Gordon Vaughan and Sara Cook of the firm Vaughan & DeMuro have appeared in this matter on behalf of Officer Anderson.

No prejudice to any party will result from the granting of this request.

WHEREFORE, W. Erik Lamphere respectfully requests the Court grant this Motion to Withdraw and his name be removed as counsel of record for Officer Anderson.

Respectfully submitted this 8th day of March, 2023.

          OFFICE OF THE CITY ATTORNEY
          Wynetta P. Massey, City Attorney

          */s/ W. Erik Lamphere*
          W. Erik Lamphere, Division Chief
          30 S. Nevada Ave., Suite 501
          Colorado Springs, Colorado 80903
          Telephone:  (719) 385-5909
          Facsimile:  (719) 385-5535
          erik.lamphere@coloradosprings.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 8th day of March, 2023, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Harry M. Daniels (daniels@harrymdaniels.com)
Latrice L. Latin (llatin@atlpiattorney.com)
Bakari Sellers (bsellers@stromlaw.com)
Kevin Mehr (kevin.mehr@mehrlawcolorado.com)
*Attorneys for Plaintiff*

Jonathan M. Abramson (jonathan@kandf.com)
Yulia Nikolaevskaya (julie@kandf.com)
*Attorneys for Officer Christopher K. Hummel*

Eric M. Ziporin (eziporin@sgrllc.com)
Jonathan N. Eddy (jeddy@sgrllc.com)
*Attorneys for Officer Colby J. Hickman*

Gordon L. Vaughan (gvaughan@vaughandemuro.com)
Sara L. Cook (scook@vaughandemuro.com)
*Attorneys for Officer Matthew Anderson*

A copy of this Motion has also been sent to Officer Anderson via private email.

*/s/Amy McKimmey*
Amy McKimmey
Legal Secretary