IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 22-cv-03278-CNS-SBP | Date: December 20, 2023 |
| Courtroom Deputy: Bernique Abiakam | FTR: Courtroom C205 |

*Parties:*  *Counsel:*

DALVIN GADSON OCHOA,   Harry M. Daniels, Jr. (in-person)
  Latrice L. Latin-Alexander (via telephone)
  Kevin A. Mehr (via telephone)

  Plaintiff,

v.

COLBY J. HICKMAN, Officer, in his individual capacity,   Eric M. Ziporin (via telephone)

MATTHEW ANDERSON, Officer, in his individual capacity,   Gordon L. Vaughan (in-person)

CHRISOPHER K. HUMMEL, Officer, in his individual capacity,   Jonathan M. Abramson (via telephone)

  Defendants.

## COURTROOM MINUTES

**DISCOVERY HEARING**

**1:33 p.m.   Court in session.**

Court calls case. Appearances of counsel in-person and via telephone

Preliminary remarks by the Court.

Argument and discussion regarding discovery dispute.

Discussion regarding joint subpoena to Plaintiff's medical providers to obtain raw data and other information sought by the parties.

The Court directs counsel to work together to issue joint subpoenas to all out-of-state medical providers.

**ORDERED:** Mr. Vaughan will prepare and provide to all counsel a draft subpoena, and an accompanying medical authorization release form, by close of business December 29, 2023.  Responsive comments from counsel are due on or before January 3, 2024.   The return date on the joint subpoena shall be 14 days after its date of issuance.

Discussion regarding deposition schedules.

**ORDERED:** Counsel shall confer and work out a deposition schedule, including locations for the depositions, by close of business, December 22, 2023.

Discussion regarding case schedule.

**ORDERED:** The following deadlines are extended and changed as follows:

**Designation of Affirmative Experts:  April 26, 2024**
**Designation of Rebuttal Experts : June 10, 2024**
**Discovery Cutoff:  July 23, 2024**
**Dispositive Motions Deadline: August 26, 2024**
**Deadline for Motions Pursuant to Fed. R. Evid. 702: August 26, 2024**

**2:46 p.m.      Court in recess.**
Hearing concluded.
Total in-court time: 1 hour and 13 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.